Aldine Metal Products Corporation, as Assignee, Respondent, *v.* Bogert and Carlough Company, Appellant.

Submitted November 10, 1947; decided November 20, 1947.

*Clarence Sage Woodman* and *Clyde A. Bogert* for motion.
*Veit E. Kaufmann* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.